IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAHEED TAALIB'DIN MADYUN,

    Plaintiff,            ORDER

 v.

                     3:07-cv-318-bbc

KENNETH KELLER, ANGIE WOOD, LT.
KUSTER, KIRBY LINJER, CAROL COOK, PETER
ERICKSON, WILLIAM POLLARD, STEVEN
SCHMIDT, LT. LAMBRECHT, BRUCE MURASKI,
DON STRAHOTA, CAPT. O'DONOVAN, SGT.
VOSS, and CAPT. WIERENGA,

    Defendants.

---

   Plaintiff has twice moved for clarification which assistant attorney general is representing the defendants in this case (dkts. 31 and 33). Apparently this court's October 23, 2007 pretrial conference order mistakenly referred to Assistant Attorneys General Jack Sweeney and Charlotte Gibson as having appeared for the defendants. Upon review of the tape recording of the preliminary pretrial conference held that date, it is clear that Assistant Attorney General Elizabeth Sheehan appeared, and continues to appear, on behalf of the defendants in this case. All correspondence and pleadings should be directed to her attention.

   Plaintiff also has moved for an additional pretrial conference to identify the John Doe defendant named in the complaint (dkt. 31). That motion is now moot as the court has entered a separate order in Madyun v. Custer, 08-cv-32-bbc, giving plaintiff the specific dates and

procedures he should follow in working with Assistant Attorney General Sheehan to identify the John Doe named in that complaint.

ORDER

IT IS ORDERED that plaintiff's motions for clarification (Dkt ## 31 and 33) are GRANTED. Assistant Attorney General Elizabeth Sheehan represents the defendants in this case.

Further, IT IS ORDERED that plaintiff's motion for an additional pretrial conference (Dkt. #31) is DENIED as moot.

Entered this 20th day of February, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge